UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

R. ALEXANDER ACOSTA,
Secretary of Labor,

    Plaintiff,

  v.

LOCAL 1400, COMMUNICATIONS
WORKERS OF AMERICA, AFL-CIO,

    Defendant.

Civil Action No. 18-262-PB

NOTIFICATION OF SERVICE

    I certify that a copy of the Complaint and Summons were served in-hand and personally on Donald Trementozzi, President of Local 1400, at 155 West Road, Portsmouth, New Hampshire, on April 5, 2018, by Rockingham County Deputy Sheriff Michael Chavez, as evidenced by the attached Certificate of Service.  See Exhibit A.

    Respectfully submitted,

    SCOTT W. MURRAY
    United States Attorney

Dated:   April 13, 2018

By: /s/ Terry L. Ollila
Terry L. Ollila
Assistant U.S. Attorney
NH Bar No. 16371
United States Attorney's Office
53 Pleasant Street, 4th Floor
Concord, NH   03301
(603) 225-1552
Terry.Ollila@usdoj.gov