Rockingham County Sheriff's Office
CERTIFICATE OF SERVICE

US FEDERAL DISTRICT
County of Rockingham, New Hampshire

ACOSTA, R ALEXANDER, SECRETARY OF LABOR

Docket Number: 118CV262PB

vs.

Sheriff File Number: 18-2322-CP

TREMENTOZZI, D

I, DEPUTY SHERIFF MICHAEL E 017-CHAVEZ, of the Rockingham County Sheriff's Office, Rockingham County, New Hampshire, certify and affirm that on 04/05/2018 at approximately 02:10pm at 155 WEST RD, PORTSMOUTH, NH served the within SUMMONS & COMPLAINT upon DONALD TREMENTOZZI PRES, LOCAL 1400 COMMUNICATIONS WORKERS OF AMERICA the defendant named herein, in the following manner.

PERSONAL SERVICE

By delivering to and leaving with DONALD TREMENTOZZI PRES, personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein

Dated: 04/06/2018                           DEPUTY SHERIFF MICHAEL E 017-CHAVEZ

**EXHIBIT A**