UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

R. ALEXANDER ACOSTA, Secretary of Labor,   )
                                                                           )
       Plaintiff,                                    )
                                                          )
  v.                                                        )   No. 18-cv-262-PB
                                                          )
LOCAL 1400, COMMUNICATIONS WORKERS   )
OF AMERICA, AFL-CIO,                      )
                                                          )
       Defendant.                                  )
_____)

NOTICE REGARDING DISCOVERY DEADLINES
POST GOVERNMENT SHUTDOWN

Be advised that the parties to this action have reviewed the Rule 26(f) discovery plan previously adopted in this case, DN 9, and agree that the current deadlines may remain in effect. An amended discovery plan is not required.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DEFENDANT LOCAL 1400 | SCOTT W. MURRAY |
|  | United States Attorney |
| By:  /s/ Paul F. Kelly | By: /s/ Terry L. Ollila |
| Paul F. Kelly, Esquire | Terry L. Ollila |
| Pro Hac Vice | Assistant U.S. Attorney |
| James A.W. Shaw | MA Bar No. 560603 |
| NH Bar No. 266358 | 53 Pleasant Street, 4th Floor |
| Segal Rotman, LLP | Concord, NH 03301 |
| 33 Harrison Avenue, 7th Floor | (603) 225-1552 |
| Boston, MA 02111 | terry.ollila@usdoj.gov |
| (617) 603-1432 |  |
| pkelly@segalroitman.com |  |
| jshaw@segalroitman.com |  |
|  |  |
| Dated:  February 8, 2019 | Dated:  February 8, 2019 |

CERTIFICATE OF SERVICE

      I hereby certify that on 8th day of February, 2019, a copy of the above Notice was served via the ECF System on all counsel of record.

      /s/ Terry L. Ollila
      Terry L. Ollila, AUSA