UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary, U.S. Department of Labor,<br><br>    Plaintiff,<br><br>    v.<br><br>LOCAL 1400 COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO,<br><br>    Defendant. | Civil No. 1:18-cv-262-PB |

### AMENDED[1]  MOTION FOR LEAVE TO EXCEED PAGE LIMITATION FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 7.1(3) of the Local Rules of the United States District Court for the District of New Hampshire, Plaintiff moves this Court for leave to exceed the 25-page limitation for dispositive motions by 22 pages.   In support of this Motion, Plaintiff represents that, due to the significant issues raised in its Motion for Summary Judgment, 22 additional pages are necessary to adequately address the relevant legal matters.

Counsel for Defendant, James A. W. Shaw, Esquire, has been contacted and objects to Plaintiff's request.   Due to the procedural nature of this Motion, no supporting memorandum is necessary.   Accordingly, Plaintiff respectfully requests that the Court grant this Motion to exceed the page limit in its Motion for Summary Judgment.

---

[1] Plaintiff filed a motion to exceed (DN 18) along with its motion for summary judgment (DN 19), which was filed prior to receipt of Defendant's assent.   In addition, the motion to exceed (DN 18) incorrectly requested leave to exceed the page limitation by 12 pages, when the correct page number should have been 22, not 12.   Paul Shaw, Esquire, counsel for Defendant, contacted the undersigned and indicated that he does NOT assent to Plaintiff's request.   Accordingly, Plaintiff's amended motion seeks to correct Plaintiff's unfortunate errors.

                                        Respectfully submitted,

                                        SCOTT W. MURRAY
                                        United States Attorney

Dated: March 19, 2019                     By: /s/ Terry L. Ollila
                                        Terry L. Ollila
                                        Assistant U.S. Attorney
                                        MA Bar 560603
                                        U.S. Attorney's Office
                                        53 Pleasant Street, 4th Floor
                                        Concord, NH   03301-3904
                                        (603) 225-1552
                                        Terry.Ollila@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on this 19th day of March, 2019, a copy of the above Motion was served, via ECF, on Defendants' counsel of record.

                                        /s/ Terry L. Ollila
                                        Terry L. Ollila, AUSA