UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

R. Alexander Acosta,
Secretary, United States
Department of Labor

    v.                                       Case No. 18-cv-262-PB

Local 1400 Communications
Workers of America, AFL-CIO

**ORDER**

The parties have failed to comply with L.R. 56.1.

On or before July 3, 2019, the plaintiff shall file a short and concise statement of undisputed material facts supporting its motion for summary judgment.  The statement shall contain <u>only</u> facts that are material to the dispute, that can be presented in a form that would be admissible in evidence, and that the submitting party believes in good faith are undisputed. Every fact cited in the statement shall be supported by a citation to the record.

On or before July 10, 2019, defendant shall file a statement separately identifying each fact that the defendant claims cannot be considered in ruling on the plaintiff's motion for summary judgment.  With respect to each fact identified in the statement, the defendant shall explain why the statement cannot be considered and provide citations to the record to

1

support its position. Any statement not disputed shall be accepted as true for purposes of my ruling on the motion for summary judgment.

**SO ORDERED.**

/s/ Paul J. Barbadoro
Paul J. Barbadoro
United States District Judge

June 27, 2019

cc: All counsel