UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

R. ALEXANDER ACOSTA, Secretary, U.S. Department of Labor,

    Plaintiff,

    v.

LOCAL 1400 COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO,

    Defendant.

Civil No. 1:18-cv-262-PB

**PLAINTIFF'S ASSENTED-TO MOTION TO RESCHEDULE
THE PARTIES' FINAL PRETRIAL CONFERENCE**

Plaintiff R. Alexander Acosta, Secretary of the United States Department of Labor, moves the Honorable Court to reschedule the final pretrial conference, currently scheduled to occur on September 11, 2019, at 2:00 p.m.[1]  In support of this Motion, Plaintiff states that undersigned counsel is scheduled to be in Houston, Texas, on September 11, 2019, to prepare a witness for a deposition in an unrelated matter.   As a result, undersigned counsel will be unable to attend the final pretrial conference.

The granting of this Motion will not result in the continuance of trial[2] in this matter.

Counsel for Defendant assents to the granting of this Motion.

Due to the nature of this Motion, no supporting memorandum of law is required.

---

[1] Counsel for Defendant advised Plaintiff that, should the Court grant the request to reschedule the final pretrial conference, they would be available on the following dates: (1) September 17, 2019; (2) September 19, 2019 (any time before 11:00 a.m.); and (3) September 20, 2019 (any time after 10:00 a.m.).

[2] Trial is scheduled to commence on September 26, 2019.

Accordingly, Plaintiff respectfully requests that the Court reschedule the final pretrial conference.

                                                          Respectfully submitted,

                                                          SCOTT W. MURRAY
                                                          United States Attorney

Dated:  September 5, 2019                      By: /s/ Terry L. Ollila
                                                          Terry L. Ollila
                                                          Assistant U.S. Attorney
                                                          MA Bar 560603
                                                          U.S. Attorney's Office
                                                          53 Pleasant Street, 4th Floor
                                                          Concord, NH  03301-3904
                                                          (603) 225-1552
                                                          Terry.Ollila@usdoj.gov