UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

US Department of Labor, Secretary of Labor

v.

Case No. 18-cv-262-PB

Local 1400

JUDGMENT

In accordance with the Bench Verdict by Judge Paul Barbadoro on September 27, 2019, judgment is hereby entered.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

By the Court:

Daniel J. Lynch
Clerk of Court

Date: September 27, 2019

cc: Counsel of Record