UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

R. ALEXANDER ACOSTA,
Secretary of Labor,

     Plaintiff,

    v.

LOCAL 1400, COMMUNICATIONS
WORKERS OF AMERICA, AFL-CIO,

     Defendant.

Civil Action No. 18-262-PB

NOTICE OF APPEAL

Notice is hereby given that Plaintiff R. Alexander Acosta, Secretary of the United States Department of Labor, through his attorney, Scott W. Murray, United States Attorney for the District of New Hampshire, hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment of this Court dated September 27, 2019.

Respectfully submitted,

SCOTT W. MURRAY
United States Attorney

Dated:   November 25, 2019

By: /s/ Terry L. Ollila
Terry L. Ollila
Assistant U.S. Attorney
MA Bar No. 560603
United States Attorney's Office
53 Pleasant Street, 4th Floor
Concord, NH   03301
(603) 225-1552
Terry.Ollila@usdoj.gov