# United States Court of Appeals
## For the First Circuit

---

No. 19-2224

EUGENE SCALIA, Secretary of Labor,

Plaintiff - Appellant,

v.

LOCAL 1400, COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO,

Defendant - Appellee.

---

**JUDGMENT**

Entered: May 22, 2020
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith**.**

By the Court:

Maria R. Hamilton, Clerk

cc:
Terry Lynn Ollila
Seth R. Aframe
Paul F. Kelly
James A.W. Shaw
Carey Shockey