## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| EUGENE SCALIA, Secretary of Labor,[1] <br> United States Department of Labor, <br><br> Plaintiff, <br> v. <br><br> LOCAL 1400, COMMUNICATIONS <br> WORKERS OF AMERICA, AFL-CIO <br><br> Defendant. | No. 1:18-cv-262-PB |

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to an amended Stipulation of Settlement entered July 24, 2020, in the United States District Court for the District of New Hampshire, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act ("LMRDA") (29 U.S.C. §§ 481-483), and in conformity with the constitution and bylaws of the defendant labor organization, insofar as lawful and practicable; therefore:

Pursuant to Section 402(c) of the LMRDA (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected by acclamation to the offices designated:

| | |
|---|---|
| Don Trementozzi | President |
| Kerri Evinson | Executive Vice-President |
| Karen Cusson | Recording Secretary |
| Theresa Dobson | Treasurer |
| Christine Parker | District 2 Vice President |
| Gregg Irving | District 3 Vice President |
| Tammy Gerrish | District 4 Vice President |
| Barry Clegg | WGBH Vice President |

---

[1] This action was originally brought by R. Alexander Acosta, former Secretary of Labor. Eugene Scalia has been appointed Secretary of Labor and therefore substituted as Plaintiff in accordance with Rule 25(d), Federal Rules of Civil Procedure and Rule 43(c)(2), Federal Rules of Appellate Procedure.

# EXHIBIT A

October 7, 2020_____
Date

Tracy L. Shanker, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor