**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| EUGENE SCALIA, Secretary of Labor, | ) | |
| U.S. Department of Labor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-262-PB |
| | ) | |
| LOCAL 1400 COMMUNICATIONS | ) | |
| WORKERS OF AMERICA, AFL-CIO, | ) | |
| | ) | |
| Defendant. | ) | |

**REVISED FINAL JUDGMENT**

In accordance with the Parties' Assented-To Motion For Entry Of A Revised Final

Judgment, the September 27, 2019, judgment of this Court is hereby vacated and a Revised Final

Judgment shall enter as follows:

1.       The Parties, having performed the terms of the Amended Settlement Agreement,

Defendant having amended its by-laws and held a further, supervised election, and Plaintiff

having certified the results of the election and dismissed its pending appeal with the First Circuit

Court of Appeals, the following named candidates have been duly elected by acclamation to the

designated offices:

> Don Trementozzi  President
> Kerri Evinson Executive Vice-President
> Karen Cusson Recording Secretary
> Theresa Dobson Treasurer
> Christine Parker District 2 Vice President
> Gregg Irving District 3 Vice President
> Tammy Gerrish District 4 Vice President
> Barry Clegg WGBH Vice President

2.       Each Party shall bear its own costs, including attorneys' fees and other expenses

incurred by such party in connection with any stage of the proceedings.

# EXHIBIT B

By the Court:


Daniel J. Lynch
Clerk of Court

Dated:  December __ 2020

cc:      Counsel of Record